FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 18, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JUAN A. G.,<br><br>                Plaintiff,<br><br>-vs-<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>                Defendant. | No.   1:23-CV-3082-WFN<br><br>ORDER GRANTING STIPULATED REMAND |

Pending before the Court is the parties' Stipulated Motion for Remand. ECF No. 15. The Court has reviewed the file and Motion and is fully informed. Accordingly,

**IT IS ORDERED** that:

1. The parties' Stipulated Motion for Remand, filed October 16, 2023, **ECF No. 15**, is **GRANTED**.

2. Based on the parties' stipulation, the above-captioned case is **REVERSED** and **REMANDED** for further administrative proceedings under sentence four of 42 U.S.C. § 405(g). Upon remand, the Appeals Council shall instruct the administrative law judge to:

    (a)    Reevaluate the medical opinion evidence;

    (b)    Reassess Plaintiff's residual functional capacity as necessary;

    (c)    Obtain supplemental vocational expert evidence if needed;

    (d)    Take any action necessary to complete the administrative record;

    (e)    Offer the claimant an opportunity for a hearing; and

    (f)    Issue a new decision.

3. All other pending motions are **DENIED AS MOOT**.

4. Judgment shall be entered for **Plaintiff**.

5.  Upon proper request, Plaintiff will be entitled to costs under 28 U.S.C. § 2412(a) and reasonable attorney fees and expenses under 28 U.S.C. § 2412(d).

The District Court Executive is directed to file this Order, enter judgment in favor of the Plaintiff, provide copies of this Order and the Judgment to counsel and **CLOSE THIS FILE**.

**DATED** this 18th day of October, 2023.

10-17-23

WM. FREMMING NIELSEN
SENIOR UNITED STATES DISTRICT JUDGE

ORDER GRANTING STIPULATED REMAND - 2